# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: SENDELE, GUY R. | § Case No. 13-82918 |
| SENDELE, JUNE A. | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
327 South Church Street, Room #1100
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 07/07/2014 in Courtroom 3100, United States Courthouse, 327 South Court Street, #3100
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated : 06/11/2014          By: /s/JOSEPH D. OLSEN_____
                                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: SENDELE, GUY R.<br>SENDELE, JUNE A.<br><br>Debtor(s) | § Case No. 13-82918<br>§<br>§<br>§ |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 12,279.77 |
| *and approved disbursements of* | $ 6,070.38 |
| *leaving a balance on hand of* [1] | $ 6,209.39 |
| **Balance on hand:** | $ 6,209.39 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,209.39 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH D. OLSEN | 1,977.98 | 0.00 | 1,977.98 |
| Trustee, Expenses - JOSEPH D. OLSEN | 491.84 | 0.00 | 491.84 |
| Attorney for Trustee, Fees - Yalden, Olsen & Willette | 1,456.00 | 0.00 | 1,456.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,925.82 |
| Remaining balance: | $ 2,283.57 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,283.57

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,283.57

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 97,380.62 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | PNC Bank, N.A. | 0.00 | 0.00 | 0.00 |
| 1-2 | PNC Bank, N.A. | 89,453.14 | 0.00 | 2,097.67 |
| 2 | Discover Bank | 7,927.48 | 0.00 | 185.90 |

Total to be paid for timely general unsecured claims: $ 2,283.57
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/JOSEPH D. OLSEN
Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228
(815) 965-8635
JOlsenlaw@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 13-82918-TML
Guy R. Sendele                                                  Chapter 7
June A. Sendele
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: vgossett            Page 1 of 1              Date Rcvd: Jun 12, 2014
                              Form ID: pdf006           Total Noticed: 12
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2014.
```
db/jdb          Guy R. Sendele,    June A. Sendele,    101 W. River Road, Unit 131,    Tucson, AZ   85704-5126
20902203        BMO Haris Bank,    PO Box 4320,    Carol Stream, IL 60197-4320
20902201        Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
20902206        Cardmember Service,    PO Box 94014,    Palatine, IL 60094-4014
20902208       +Friendship Village of the Catalina,    101 W. River Road,    Tucson, AZ 85704-5109
20902209       +Molly Williams,    800 Otto Road,    Machesney Park, IL 61115-1135
20902210        PNC Bank,    PO Box 856177,    Louisville, KY 40285-6177
21061414       +PNC Bank, N.A.,    c/o Shannon B. Kreshtool, Esquire,    Weinstock, Friedman & Friedman, P.A.,
                 4 Reservoir Circle,    Baltimore, MD 21208-6319
20902211       +US Bank Home Mortgage,    PO Box 21948,    Eagan, MN 55121-0948
20902212        Wells Fargo Home Mortgage,    PO Box 5296,    Carol Stream, IL 60197-5296
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20902207         E-mail/PDF: mrdiscen@discoverfinancial.com Jun 13 2014 00:42:14      Discover,   PO Box 29033,
                  Phoenix, AZ 85038-9033
21335323         E-mail/PDF: mrdiscen@discoverfinancial.com Jun 13 2014 00:42:14      Discover Bank,
                  DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
                                                                                              TOTAL: 2
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20902204*       BMO Haris Bank,    PO Box 4320,    Carol Stream, IL 60197-4320
20902205*       BMO Haris Bank,    PO Box 4320,    Carol Stream, IL 60197-4320
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 11, 2014 at the address(es) listed below:
```
              Craig A Willette    on behalf of Trustee Joseph D Olsen craigwillette@comcast.net
              Jason H Rock    on behalf of Joint Debtor June A. Sendele jrock@bslbv.com
              Jason H Rock    on behalf of Debtor Guy R. Sendele jrock@bslbv.com
              Joseph D Olsen    Jolsenlaw@comcast.net, IL46@ECFCBIS.com
              Joseph D Olsen    on behalf of Trustee Joseph D Olsen Jolsenlaw@comcast.net, IL46@ECFCBIS.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
              Rachael A Stokas    on behalf of Creditor   WELLS FARGO BANK, N.A. ND-Two@il.cslegal.com
                                                                                              TOTAL: 7
```