## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: SENDELE, GUY R. | § | Case No. 13-82918 |
| SENDELE, JUNE A. | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $138,619.00
*(without deducting any secured claims)*

Assets Exempt:  $13,000.00

Total Distribution to Claimants: $2,283.57

Claims Discharged
Without Payment: $105,189.57

Total Expenses of Administration: $9,996.20

3)  Total gross receipts of $     12,279.77     (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $     0.00     (see **Exhibit 2**), yielded net receipts of  $12,279.77 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $94,930.56 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,996.20 | 9,996.20 | 9,996.20 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 142,029.42 | 186,833.76 | 97,380.62 | 2,283.57 |
| **TOTAL DISBURSEMENTS** | $236,959.98 | $196,829.96 | $107,376.82 | $12,279.77 |

4) This case was originally filed under Chapter 7 on August 22, 2013. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/17/2014          By: /s/JOSEPH D. OLSEN
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single family residence, vacant, R3 Zoning, 720, | 1110-000 | 12,279.77 |
| **TOTAL GROSS RECEIPTS** | | $12,279.77 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 63,620.26 | N/A | N/A | 0.00 |
| NOTFILED | US Bank Home Mortgage | 4110-000 | 31,310.30 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $94,930.56 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,977.98 | 1,977.98 | 1,977.98 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 491.84 | 491.84 | 491.84 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 1,456.00 | 1,456.00 | 1,456.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Metropolitan Title Insurance | 2500-000 | N/A | 5,940.00 | 5,940.00 | 5,940.00 |
| NiCor Gas | 2500-000 | N/A | 79.27 | 79.27 | 79.27 |
| NiCor Gas | 2420-000 | N/A | 41.11 | 41.11 | 41.11 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $9,996.20 | $9,996.20 | $9,996.20 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PNC Bank, N.A. | 7100-000 | 125,000.00 | 89,453.14 | 0.00 | 0.00 |
| 1 -2 | PNC Bank, N.A. | 7100-000 | N/A | 89,453.14 | 89,453.14 | 2,097.67 |
| 2 | Discover Bank | 7100-000 | 6,936.90 | 7,927.48 | 7,927.48 | 185.90 |
| NOTFILED | BMO Haris Bank | 7100-000 | 2,591.27 | N/A | N/A | 0.00 |
| NOTFILED | Cardmember Service | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | BMO Haris Bank | 7100-000 | 1,836.85 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 3,890.89 | N/A | N/A | 0.00 |
| NOTFILED | BMO Haris Bank | 7100-000 | 1,773.51 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $142,029.42 | $186,833.76 | $97,380.62 | $2,283.57 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| | |
|---|---|
| Case Number: | 13-82918 |
| Case Name: | SENDELE, GUY R. |
| | SENDELE, JUNE A. |
| Period Ending: | 10/17/14 |

| | | |
|---|---|---|
| Trustee: | (330400) | JOSEPH D. OLSEN |
| Filed (f) or Converted (c): | 08/22/13 (f) | |
| §341(a) Meeting Date: | 10/03/13 | |
| Claims Bar Date: | 03/14/14 | |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family residence, vacant, R3 Zoning, 720, | 150,000.00 | 8,000.00 | | 12,279.77 | FA |
| 2 | Rental property at 816 Emerald Lane, Machesney, | 65,000.00 | 0.00 | | 0.00 | FA |
| 3 | 7900 Cadet Road, Machesney Park, IL 61115 Fee s, | 50,000.00 | 0.00 | | 0.00 | FA |
| 4 | 1973 Double Wide Trailer, 24' x 64' with screen | 13,000.00 | 0.00 | | 0.00 | FA |
| 5 | Timeshare in Branson, | 0.00 | 0.00 | | 0.00 | FA |
| 6 | Cash on hand | 10.00 | 0.00 | | 0.00 | FA |
| 7 | JP Morgan Chase personal savings account, #29841 | 5.00 | 0.00 | | 0.00 | FA |
| 8 | JP Morgan Chase personal checking account, #1044 | 50.00 | 0.00 | | 0.00 | FA |
| 9 | JP Morgan Chase personal checking account, #8426 | 50.00 | 0.00 | | 0.00 | FA |
| 10 | Harris Bank personal checking account, 2001 Trus | 1.00 | 0.00 | | 0.00 | FA |
| 11 | Harris Bank personal checking account, 2001 Trus | 1.00 | 0.00 | | 0.00 | FA |
| 12 | Harris Bank personal checking account, 2001 Trus | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 5 TVs; DVD player; 2 digital cameras; old deskto | 3,000.00 | 0.00 | | 0.00 | FA |
| 14 | 100 Precious Moments figurines (no boxes) | 500.00 | 0.00 | | 0.00 | FA |
| 15 | Standard wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 16 | Sentry Life Insurance Term Policy with $50,000.0 | 1.00 | 0.00 | | 0.00 | FA |
| 17 | Mass Mututal Whole Life $30,000.00 death benefit | 3,600.00 | 0.00 | | 0.00 | FA |
| 18 | National Union Fire Accidental Death Policy (Ter | 1.00 | 0.00 | | 0.00 | FA |
| 19 | 1997 Chrysler Sebring Convertible | 1,500.00 | 0.00 | | 0.00 | FA |
| 20 | 2001 Ford Windstar Van | 1,500.00 | 0.00 | | 0.00 | FA |
| 21 | Flatbed Trailer | 100.00 | 0.00 | | 0.00 | FA |
| **21** | **Assets** Totals (Excluding unknown values) | **$288,619.00** | **$8,000.00** | | **$12,279.77** | **$0.00** |

**Major Activities Affecting Case Closing:**

.

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 13-82918 | **Trustee:** (330400)    JOSEPH D. OLSEN |
| **Case Name:** SENDELE, GUY R. | **Filed (f) or Converted (c):** 08/22/13 (f) |
| SENDELE, JUNE A. | **§341(a) Meeting Date:** 10/03/13 |
| **Period Ending:** 10/17/14 | **Claims Bar Date:** 03/14/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):**    December 31, 2014          **Current Projected Date Of Final Report (TFR):**    June 3, 2014  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 13-82918 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** SENDELE, GUY R. | **Bank Name:** Rabobank, N.A. |
| SENDELE, JUNE A. | **Account:** ******0666 - Checking Account |
| **Taxpayer ID #:** **-***2745 | **Blanket Bond:** $820,095.60 (per case limit) |
| **Period Ending:** 10/17/14 | **Separate Bond:** N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/27/14 | {1} | Subway J.P.W., Inc. | good faith deposit | 1110-000 | 5,950.00 | | 5,950.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 5,940.00 |
| 04/03/14 | {1} | Metropolitan Title Agency | sale proceeds from 720 N. Mulford | 1110-000 | 5,821.47 | | 11,761.47 |
| 04/03/14 | {1} | Metropolitan Title Agency, LLC | reimbursed exp. to Trustee re: NiCor Gas Co. | 1110-000 | 508.30 | | 12,269.77 |
| 04/03/14 | 101 | Metropolitan Title Insurance | Purchase of 720 N. Mulford - escrow/deposit | 2500-000 | | 5,940.00 | 6,329.77 |
| 04/07/14 | 102 | NiCor Gas | Utility - final reading | 2500-000 | | 79.27 | 6,250.50 |
| 04/14/14 | 103 | NiCor Gas | Final statement for service/Acct #63-14-98-6622 4 | 2420-000 | | 41.11 | 6,209.39 |
| 07/07/14 | 104 | Yalden, Olsen & Willette | Dividend paid 100.00% on $1,456.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 1,456.00 | 4,753.39 |
| 07/07/14 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,977.98, Trustee Compensation;  Reference: | 2100-000 | | 1,977.98 | 2,775.41 |
| 07/07/14 | 106 | JOSEPH D. OLSEN | Dividend paid 100.00% on $491.84, Trustee Expenses;  Reference: | 2200-000 | | 491.84 | 2,283.57 |
| 07/07/14 | 107 | PNC Bank, N.A. | Dividend paid  2.34% on $89,453.14; Claim# 1 -2; Filed: $89,453.14; Reference: | 7100-000 | | 2,097.67 | 185.90 |
| 07/07/14 | 108 | Discover Bank | Dividend paid  2.34% on $7,927.48; Claim# 2; Filed: $7,927.48; Reference: | 7100-000 | | 185.90 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 12,279.77 | 12,279.77 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 12,279.77 | 12,279.77 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$12,279.77** | **$12,279.77** | |

| | |
|---|---|
| Net Receipts : | 12,279.77 |
| Net Estate : | $12,279.77 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******0666** | **12,279.77** | **12,279.77** | **0.00** |
| | **$12,279.77** | **$12,279.77** | **$0.00** |

{} Asset reference(s)